# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| KEBAB GYROS, INC., ) )  Plaintiff, ) ) v. ) ) SAMUEL RIYAD, ) KABAB GYROS ) (437 Sam Ridley Parkway ) Nashville, TN 37167), ) ) SAM'S KABAB GYROS ) (335 Nashville Pike ) Gallatin, TN 37066), ) ) SAM'S KABAB GYROS ) (7114 Highway 70S ) Nashville, TN 37221), ) ) Defendants. ) | Case no. 3-09-0061 JURY DEMAND |

## AGREED PROTECTIVE ORDER

Pursuant to the March 11, 2010, Order of the Magistrate in this case requiring Plaintiff to answer Defendant's Interrogatory no. 7 inquiring specifically as to what Plaintiff is claiming is unique about its method of preparing certain Mediterranean dishes, and what restaurant services and unique dishes it claims it has offered that have been associated with its claimed KEBAB GYROS mark, it is

agreed between the parties and ORDERED that if, in answering such interrogatory Plaintiff considers it necessary to disclose anything it claims is a trade secret, and Plaintiff so identifies that disclosure, Defendants' attorney will keep such disclosure confidential by not revealing it to anyone else, including his client, and will not disclose it in these proceedings without permission of the Court, after giving Plaintiff an opportunity to object and request protection of its confidentiality by the Court, and at the conclusion of this proceeding Defendants' attorney will surrender anything in written form containing such disclosure to Plaintiff. Defendants' attorney will not cause any such confidential information to be stored in electronic form in any computer or posted anywhere on the internet, absent Court permission, and if any of such information inadvertently is so stored or posted, Defendants' attorney will make every effort to have it removed or erased, so that its confidentiality is retained.

This ___29th___ day of March 2010.

_____
ALETA A. TRAUGER, US District Judge

s/Denty Cheatham
---

Denty Cheatham
Cheatham, Palermo & Garrett
43 Music Square West
Nashville, Tennessee 37203
Tel.: (615) 244-4270
Fax: (615) 244-4281
Email: dcheatham@attglobal.net
*Attorney for Defendant Samuel N. Riyad*


s/Jennifer S. Ghanem
---

Thomas D. Ruth (BPR #024176)
Jennifer S. Ghanem (BPR #022798)
Lassiter, Tidwell, Davis, Keller & Hogan, PLLC
150 Fourth Avenue North
Suite 1850
Nashville, Tennessee 37219-2408
Tel: (615) 259-9344
Fax: (615) 242-4214
Email: tdruth@lassiterlaw.com
 jghanem@lassiterlaw.com
*Attorneys for Plaintiff*